# Court of Appeals
# of the State of Georgia

ATLANTA, February 10, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0912. RENE FIGUREDO v. DEBORAH FIGUREDO.**

The above-referenced appeal was docketed with this Court on January 12, 2015, and the Appellant's brief was due to be filed on February 2, 2015. *See* Court of Appeals Rule 22 (a). Not having received the Appellant's brief or a request for an extension to file same, pursuant to Court of Appeals Rule 23 (a), this appeal is **DISMISSED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/10/2015
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*